## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| BETH GERNENZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 2:23-cv-00370-PPS-JPK |
| | ) | |
| v. | ) | Judge Philip P. Simon |
| | ) | Magistrate Judge Joshua P. Kolar |
| NISWI, LLC doing business as | ) | |
| LENDUMO; | ) | |
| SOAREN MANAGEMENT, LLC; | ) | |
| LDF HOLDINGS, LLC; | ) | |
| MELINDA WALKER; | ) | |
| and JOHN DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Beth Gernenz dismisses her individual claims against Defendants Niswi, LLC, Soaren Management, LLC, LDF Holdings, LLC, and Melinda Walker with prejudice, and without prejudice with respect to the claims of the putative classes, with each party to bear their own costs and fees.

Respectfully submitted,

/s/Matthew J. Goldstein
Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
        **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com

mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

## CERTIFICATE OF SERVICE

I, Matthew J. Goldstein, certify that on Tuesday, January 2, 2024, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to counsel of record. I further certify that I sent the forgoing document to the following:

Patrick McAndrews
Spencer Fane LLP
pmcandrews@spencerfane.com

*Counsel for Niswi, LLC, LDF Holdings, LLC, and Melinda Walker*

/s/Matthew J. Goldstein
Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com