UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BETH GERNENZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   2:23CV370-PPS/JPK |
| | ) |
| NISWI, LLC., et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Plaintiff Beth Gernenz's Notice of Dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) [DE 6] is SO ORDERED.

Gernenz's individual claims are DISMISSED WITH PREJUDICE, and the claims of the putative classes are DISMISSED WITHOUT PREJUDICE, with each party to bear their own costs and fees.

By this voluntary dismissal, the case is CLOSED.

**SO ORDERED**.

ENTERED: January 3, 2024.

    /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT